IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION
Case No. 9:18-CV-81276

UNITED STATES OF AMERICA,

    Plaintiff,

v.

DANIELA DADURIAN,

    Defendant.

## COMPLAINT

The United States of America, by and through undersigned counsel, brings this suit to reduce to judgment civil penalties assessed against Daniela Dadurian for her willful failure to report her financial interest in foreign bank accounts pursuant to 31 U.S.C. § 5314 and its implementing regulations, as well as interest and late payment penalties that have accrued on those penalties. The United States submits the following allegations in support of its Complaint.

## AUTHORIZATION

1.     A delegate of the Secretary of the Treasury of the United States referred this case to the Department of Justice in accordance with 31 U.S.C. § 3711(g)(4)(C). This action is brought at the direction of the Attorney General of the United States.

## JURISDICTION AND VENUE

2.     The Court has jurisdiction over this action under 28 U.S.C. §§ 1331, 1345, and 1355 because it arises under a federal statute, the United States is the plaintiff, and the action seeks recovery or enforcement of a civil penalty.

3. Daniela Dadurian is a resident of this district. Therefore, venue is appropriate under 28 U.S.C. § 1391(b)(1).

## OBLIGATION TO REPORT INTEREST IN FOREIGN ACCOUNTS

4. Federal law requires every resident or citizen of the United States who has "a financial interest in, or signature or other authority over, a bank, securities, or other financial account in a foreign country" to report that relationship to the Department of the Treasury annually. 31 U.S.C. § 5314(a); 31 C.F.R. § 1010.350(a).

5. To fulfill this requirement, a person must file a Form TD F 90-22.1, "Report of Foreign Bank and Financial Accounts," commonly known as an "FBAR." 31 C.F.R. § 1010.350(a). At the time of the violations alleged in this complaint, an FBAR was due by June 30 "of each calendar year with respect to foreign financial accounts exceeding $10,000 maintained during the previous calendar year." 31 C.F.R. § 1010.306(c).

6. Any person who fails to report his or her interest in a foreign account may be subject to a civil penalty assessed by the Department of the Treasury. For violations involving the willful failure to report the existence of a foreign account, the maximum penalty that may be assessed is the greater of $100,000 or 50 percent of the balance in the foreign account at the time of the violation. 31 U.S.C. § 5321(a)(5).

## FACTUAL BACKGROUND

7. Daniela Dadurian is a citizen of the United States. She was born in Romania in 1965. Her family moved to Germany around 1970. Daniela Dadurian moved to the United States in 1984 to attend the University of Miami for college and medical school. She became a U.S. citizen and remained in the United States to practice medicine.

8. Daniela Dadurian's parents retired in the mid-1990s. Her father, Aram Dadurian, moved to St. Kitts in the British Virgin Islands ("BVI"). Her mother, Georgeta Dadurian, moved to the United States. Georgeta Dadurian became a U.S. citizen in 2003.

9. Daniela Dadurian was appointed to handle Georgeta Dadurian's financial and health affairs under a durable power of attorney on February 26, 2004

**Foreign Bank Accounts**

10. During 2007, Daniela Dadurian had a financial interest in, or signature or other authority over, the 5 foreign bank accounts described in the table below.

| Bank Name | Account Owner | Maximum Balance During Year in U.S. Dollars |
|---|---|---|
| VP Bank (BVI) | Ayaba | $2,514,558.45 |
| VP Bank (BVI) | Shoremont | $2,096,518.63 |
| Frankfurter Bank | Daniela Dadurian | $356,875.60 |
| VP Bank | Stiftung Lionette | $294,616.13 |
| Sparkasse Bodensee | Georgeta Dadurian | $31,957.35 |

11. During 2008, Daniela Dadurian had a financial interest in, or signature or other authority over, the 3 foreign bank accounts described in the table below.

| Bank Name | Account Owner | Maximum Balance During Year in U.S. Dollars |
|---|---|---|
| VP Bank (BVI) | Ayaba | $1,388,118.86 |
| VP Bank | Stiftung Lionette | $366,400.73 |
| Sparkasse Bodensee | Georgeta Dadurian | $20,333.34 |

12. During 2009 Daniela Dadurian had a financial interest in, or signature or other authority over, the 3 foreign bank accounts described in the table below.

| Bank Name | Account Owner | Maximum Balance During Year in U.S. Dollars |
|---|---|---|
| Rahn & Bodmer | Ayaba | $1,317,936.00 |
| VP Bank (BVI) | Ayaba | $1,213,990.96 |
| Sparkasse Bodensee | Georgeta Dadurian | $18,000.00 |

13.     During 2010, Daniela Dadurian had a financial interest in, or signature or other authority over, the 2 foreign bank accounts described in the table below.

| Bank Name | Account Owner | Maximum Balance During Year in U.S. Dollars |
|---|---|---|
| Rahn & Bodmer | Ayaba | $1,384,186.00 |
| Sparkasse Bodensee | Georgeta Dadurian | $13,029.12 |

**Daniela Dadurian's Willful Failure to Report Her Interest in or Signature or Other Authority Over Foreign Accounts.**

14.     On or before June 30, 2008, June 30, 2009, June 30, 2010, and June 30, 2011, Daniela Dadurian was required to an FBAR reporting her interest in or signature or other authority over the foreign bank accounts listed in paragraphs 10, 11, 12, and 13 but she failed to do so.

15.     Daniela Dadurian had filed FBAR forms prior to 2007. In 1993 and 1996, Daniela Dadurian filed FBARs under her prior name—Daniela Cideciyan—disclosing foreign accounts in Switzerland and Germany.

16.     CPA Tony Caruso prepared Daniela Dadurian's 2007–2010 federal income tax returns. Daniela Dadurian did not disclose her foreign assets to her tax return preparer.

17.     Schedule B on each of Dadurian's 2007–2010 tax returns was marked "No" to indicate that Dadurian had no interest in, or signature authority or other authority over, a financial account in a foreign country.

18.     Form 5471 is used by taxpayers to report certain interests in foreign corporations. Form 3520 reports a United States taxpayer's transactions with a foreign trust. Daniela Dadurian did not file either form with her 2007–2010 federal tax returns.

19.     Daniela Dadurian reviewed and signed her 2007–2010 federal income tax returns under penalties of perjury.

20. Daniela Dadurian hired CPA Tony Caruso to prepare federal tax returns for Georgeta Dadurian for the 2007 tax year based upon information provided by Daniela Dadurian.

21. Daniela Dadurian had signature authority over foreign accounts, and knowledge of Georgeta Dadurian's foreign income, as Georgeta Dadurian's power of attorney. Nonetheless, Georgeta Dadurian's 2007 federal income tax return did not disclose any foreign income or foreign accounts. It also did not include any forms 5471 or 3520.

22. Daniela Dadurian reviewed and signed Georgeta Dadurian's 2007 federal income tax return under penalties of perjury

23. During an examination by the IRS, Daniela Dadurian initially denied that she had an interest in or signature or other authority over any foreign bank account.

24. On February 21, 2013, while still under examination by the IRS, Daniela Dadurian filed amended tax returns for 2007–2010. Those tax returns reported foreign income not included on the original tax returns. They also included forms 5471 and 3520 not included with the original returns.

25. On February 21, 2013, Daniela Dadurian filed an amended federal tax return for 2007 and delinquent federal tax returns for 2008–2010 for her mother Georgeta Dadurian. Those tax returns reported foreign income not previously reported. They also included forms 5471 and 3520 not included with previous returns.

26. Daniela Dadurian late filed FBARs for 2007, 2008, 2009, and 2010 on February 21, 2013, claiming an interest in or authority over the accounts listed in paragraphs 11–14.

### Stiftung Lionette and Shoremont Resources, Ltd

27. Aram Dadurian established the Stiftung Lionette in Lichtenstein. A stiftung is a foundation that holds financial assets for its beneficiaries. Stiftung Lionette held bank accounts at VP Bank, a private bank in Lichtenstein.

28. Aram Dadurian established Shoremont Resources, Ltd in the British Virgin Islands. It held accounts at VP Bank, Limited (BVI).

29. Aram Dadurian died in 2001. He made Janet Cranstoun Brookes (of St. Kitts) trustee of Stiftung Lionette and Shoremont Resources, Ltd. Aram Dadurian made Georgeta Dadurian and Daniela Dadurian the beneficiaries.

30. Daniela Dadurian owned or controlled Stiftung Lionette.

31. Daniela Dadurian owned or controlled Shoremont Resources, Ltd.

32. On February 21, 2013, Daniela Dadurian filed delinquent Forms 5471 to report her and Georgeta Dadurian's interests in Shoremont Resources for 2007–2010.

33. On February 21, 2013, Daniela Dadurian filed delinquent Forms 3520 to report transactions with the Stiftung Lionette.

34. On February 21, 2013, Daniela Dadurian filed delinquent FBARs that disclosed her interest or signature or other authority over foreign financial accounts held in the names of Stiftung Lionette and Shoremont Resources, Ltd.

### Ayaba

35. Ayaba, Inc. is a corporation formed in Anguilla in 2006 by Janet Cranstoun Brookes for Daniela Dadurian. Ayaba's registered agent is the Alyco Group, a fiduciary firm in Vaduz, Lichtenstein.

36. Ayaba's sole director was initially Spectrum Limited (of Anguilla), then became Helga Netzer (of St. Kitts) in April 2008, and finally Cedar International Limited (of Samoa) in September 2008.

37. Ayaba held accounts at VP Bank Limited (BVI) and Rahn & Bodmer Private Bank (in Switzerland) for Daniela Dadurian.

38. On or about September 2008, Daniela Dadurian ordered the funds in accounts held by the Stiftung Lionette and Shoremont Resources, Ltd. transferred to accounts held by Ayaba, Inc.

39. On February 21, 2013, Daniela Dadurian filed delinquent Forms 5471 to report her and Georgeta Dadurian's interests in Ayaba for 2007–2010.

40. On February 21, 2013, Daniela Dadurian filed delinquent FBARs that disclosed her interest or signature or other authority over foreign financial accounts held in the name of Ayaba.

### Second Youth Investments Company, LLC

41. Second Youth Investments Company, LLC ("Second Youth") is a Florida limited liability corporation formed in 2004 by Daniela Dadurian.

42. Daniela Dadurian is the registered agent and sole officer of Second Youth.

43. Second Youth owns the building that houses Daniela Dadurian's medical practice.

44. Daniela Dadurian caused Ayaba to transfer money from its foreign bank accounts as a purported loan for Second Youth to purchase a medical office building.

### COUNT I: REDUCE TO JUDGMENT THE ASSESSMENT OF WILLFUL FBAR PENALTIES FOR 2007, 2008, 2009, AND 2010

45. The United States incorporates by reference the allegations in paragraphs 1 through 44.

46. On September 21, 2016, a delegate of the Secretary of the Treasury assessed civil penalties of against Daniela Dadurian pursuant to 31 U.S.C. § 5321(a) for willfully failing to timely file an FBAR that disclosed foreign accounts for those years as described in the table below:

| Year | Bank Name | Max. Account Balance | Penalty Amount Assessed |
|---|---|---|---|
| 2007 | VP Bank (BVI) | $2,514,558.45 | $676,344.00 |
| | VP Bank (BVI) | $2,096,518.63 | $100,000.00 |
| | Frankfurter Bank | $356,875.60 | $35,682.00 |
| | VP Bank | $294,616.13 | $29,462.00 |
| | Sparkasse Bodensee | $31,957.35 | $5,000.00 |
| **Penalty Total for 2007** | | | **$846,488.00** |
| 2008 | VP Bank (BVI) | $1,388,118.86 | $100,000.00 |
| | VP Bank | $366,400.73 | $36,640.00 |
| | Sparkasse Bodensee | $20,333.34 | $5,000.00 |
| **Penalty Total for 2008** | | | **$141,640.00** |
| 2009 | Rahn & Bodmer | $1,317,936.00 | $637,062.00 |
| | VP Bank (BVI) | $1,213,990.90 | $100,000.00 |
| | Sparkasse Bodensee | $18,000.00 | $5,000.00 |
| **Penalty Total for 2009** | | | **$747,062.00** |
| 2010 | Rahn & Bodmer | $1,384,186.00 | $656,682.00 |
| | Sparkasse Bodensee | $13,029.12 | $5,000.00 |
| **Penalty Total for 2010** | | | **$661,682.00** |

47. The United States normally has 6 years after an FBAR is due to assess a civil penalty under 31 U.S.C. § 5321. Daniela Dadurian consented to extensions of the statute of limitations for assessing FBAR penalties for 2007, 2008, 2009, and 2010, ultimately extending the deadline for assessment to December 31, 2017

8

48. The IRS gave Daniela Dadurian notice of the penalty assessment and demanded payment. Dadurian has not paid those penalties.

49. As of September 20, 2018, Dadurian's outstanding penalty related liabilities, including interest and failure to pay penalties, totaled $2,713,692.33. Interest and other additional amounts continue to accrue as provided by law.

## CLAIM FOR RELIEF

The United States of America requests that the Court:

A. Enter judgment against Daniela Dadurian and in favor of the United States in the amount of $2,713,692.33 as of September 20, 2018, for the penalties assessed against her under 31 U.S.C. § 5321(a)(5), accrued interest on such penalties, late payment penalties, and associated fees, plus further interest and statutory additions thereon as allowed by law from September 20, 2018, to the date of payment.

B. Award the United States its costs incurred in connection with this action, along with such other relief as justice requires.


Dated: September 20, 2018                    Respectfully submitted,

                                             RICHARD E. ZUCKERMAN
                                             Principal Deputy Assistant Attorney General
                                    By:
                                             */s/ John P. Nasta*
                                             JOHN P. NASTA
                                             Fla. Bar #1004432
                                             MARY APOSTOLAKOS HERVEY
                                             Trial Attorneys, Tax Division
                                             U.S. Department of Justice
                                             Post Office Box 14198
                                             Ben Franklin Station
                                             Washington, D.C.  20044
                                             Telephone: (202) 307-6560, Nasta
                                             Telephone: (202) 514–6484, Hervey

Facsimile: (202) 514-9868
john.nasta@usdoj.gov
Mary.Apostolakos.Hervey@usdoj.gov

*Of Counsel*

ARIANA FAJARDO ORSHAN
UNITED STATES ATTORNEY