IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION
Case No. 9:18-CV-81276-ROSENBERG/REINHART

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| | ) |
| DANIELA DADURIAN, | ) |
| | ) |
| Defendant. | ) |
| _____ | ) |

JOINT MOTION TO CONTINUE DEADLINE TO FILE JOINT PRETRIAL STATEMENT

Plaintiff United States of America and Defendant Daniela Dadurian, by and through undersigned counsel, request that the deadline to file a joint pretrial statement be continued from the deadline of July 19, 2019 set forth in the scheduling order (DE 4) to July 26, 2019, a period of one week.  Additional time is necessary due to extenuating circumstances, including but not limited to a water main break in Ft. Lauderdale resulting in the evacuation of the law offices of defense counsel.  The parties agree that as a result of these circumstances additional time is necessary to prepare the joint pretrial statement.  Granting the motion will not cause prejudice to either party or delay the current trial schedule.

WHEREFORE, the parties jointly request that the Court enter an order extending the deadline to file the joint pretrial statement to July 26, 2019.

                                          RICHARD E. ZUCKERMAN
                                        Deputy Assistant Attorney General

By:   /s/ Mary Apostolakos Hervey
       Mary Apostolakos Hervey
       John P. Nasta
       Fla. Bar #1004432
       Trial Attorneys, Tax Division
       U.S. Department of Justice
       P.O. Box 14198
       Ben Franklin Station
       Washington, D.C. 20044
       Telephone: (202) 514-6484, Hervey
       Telephone: (202) 514-6560, Nasta
       Facsimile: (202) 514-9868
       Mary.Apostolakos.Hervey@usdoj.gov
       john.nasta@usdoj.gov

Of counsel:

Ariana Fajardo Orshan
United States Attorney

*Counsel for Plaintiff United States*

MARCUS NEIMAN & RASHBAUM LLP

By:   */s/ Derick Vollrath*

Derick Vollrath
Fla. Bar No. 126740
dvollrath@mnrlawfirm.com

Jeffrey A. Neiman
Fla. Bar No. 544469
jneiman@mnrlawfirm.com
100 Southeast Third Avenue, Suite 805
Ft. Lauderdale, Florida 33394
Telephone:  (954) 462-1200

*Counsel for Defendant Daniela Dadurian*

2