UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 9:18-CV-81276-ROSENBERG/REINHART

UNITED STATES OF AMERICA,

    Plaintiff,

v.

DANIELA DADURIAN,

    Defendant.

_____/

## ORDER EXEMPTING EXHIBITS FROM ELECTRONIC FILING

The Joint Motion to Exempt Certain Exhibits From Electronic Filing [DE 52] is **GRANTED**. The parties shall provide their exhibits in electronic format on two thumb drives divided into folders that identify the exhibits that are redacted to be filed in CM/ECF and the exhibits that are not redacted and therefore will not be filed in CM/ECF.

**DONE and ORDERED** in Chambers, West Palm Beach, Florida, this 8th day of August, 2019.

ROBIN L. ROSENBERG
UNITED STATES DISTRICT JUDGE

Copies furnished to Counsel of Record