UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 9:18-CV-81276-ROSENBERG/REINHART

UNITED STATES OF AMERICA,

    Plaintiff,

v.

DANIELA DADURIAN,

    Defendant.
_____/

**CONSENT MOTION FOR LEAVE TO BRING**
**ELECTRONIC EQUIPMENT INTO THE COURTHOUSE**

The United States of America, with the consent of the defendant, moves for an order permitting the persons listed below to bring electronic equipment into the Courthouse at trial and for testing prior to trial. Trial in this matter is set to begin on Monday, August 19, 2019 at 8:30 a.m. More specifically, the United States requests the following persons be permitted to bring in the listed electronics:

1. John Nasta (attorney for the Government), iPad, laptop computer, power cord, cables, two cellular telephones, USB cord, mouse.

2. Valerie Preiss (attorney for the Government), iPad, laptop computer, power cord, cables, two cellular telephones, USB cord, mouse.

3. Marlene Frazier (paralegal for the Government): laptop computer, mouse, key pad, USB hub, cellular telephone, hard drive, thumb drive, cables, power cables, VGA cables, two video splitters, USB cables, USB adapters, USB power point presenter, adapters, HDMI cable, audio cable, A/V cable, batteries, power strip.

Accordingly, the parties request the Court permit the individuals listed above to bring the specified electronic equipment into the Courthouse for the duration of trial set for the August 19, 2019 to August 31, 2019 two-week trial calendar.

17797540.1

Respectfully submitted,

Counsel for the United States:

RICHARD E. ZUCKERMAN
Deputy Assistant Attorney General

By:   /s/ Valerie G. Preiss
      VALERIE G. PREISS
      JOHN P. NASTA, JR.
      Florida Bar #1004432
      Trial Attorneys, Tax Division
      U.S. Department of Justice
      Post Office Box 14198
      Washington, D.C.  20044
      Telephone: (202) 307-6560 (Nasta)
                 (202) 514-6475 (Preiss)
      Facsimile:  (202) 514-9868
      john.nasta@usdoj.gov
      valerie.g.preiss@usdoj.gov

Of Counsel:
ARIANA FAJARDO ORSHAN
United States Attorney

## CERTIFICATE OF ELECTRONIC FILING

I hereby certify that on the 9th day of August 2019, this Consent Motion was filed with the Clerk of the Court by using the CM/ECF system, which will cause the foregoing to be sent electronically to counsel of record registered with the CM/ECF system, including counsels for the defendant at jneiman@mnrlawfirm.com and dvollrath@mnrlawfirm.com.

      /s/ Valerie G. Preiss
      VALERIE G. PREISS

17797540.1