**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**CASE NO. 9:18-CV-81276-ROSENBERG/REINHART**

UNITED STATES OF AMERICA,

      Plaintiff,

v.

DANIELA DADURIAN,

      Defendant.

_____/

## JOINT PROPOSED VOIR DIRE QUESTIONS

The United States and Defendant propose that the following questions be asked of the potential jurors in this case:

1.      Are you or any relative or close friend acquainted with the lawyers or law firms appearing in this case?

      a.      John Nasta, U.S. Department of Justice

      b.      Valerie Preiss, U.S. Department of Justice

      c.      Jeffrey Neiman, Marcus Neiman & Rashbaum LLP

      d.      Derick Vollrath, Marcus Neiman & Rashbaum LLP

      If so, please explain.

2.      Do you know personally or by reputation the defendant in this action, Daniela Dadurian, or any of the following potential witnesses or individuals?

      a.      Internal Revenue Service Revenue Agent Nellie Anderson

      b.      Internal Revenue Service Technical Specialist Amy Sauve

      c.      Internal Revenue Service Revenue Agent Miriam Kenney

       d.      Anthony Caruso, CPA

       e.      Leslie Hogan

If so, (1) please explain, and (2) do you believe that, if you are selected as a juror, you can render a fair and impartial verdict in a case involving this person?

3.      By whom are you presently employed, and what is your occupation with that employer?

4.      Have you, your spouse, or any close relative ever worked in or studied accounting or finance?  If so, please explain.

5.      Have you ever owned, settled, or transferred assets to or from a foreign bank account?  If so, please explain.

6.      Have you ever been the beneficiary of a foreign bank account?  If so, please explain.

7.      Have you ever had signature authority over a foreign bank account? If so, please explain.

8.      Have you or your spouse ever worked in or studied foreign investments or foreign bank account tax reporting requirements?  If so, please explain.

9.      Have you, or any member of your family or household or close personal friends, ever been employed by the U.S. Department of Justice?  If so, please explain.

10.      Have you, or any member of your family or household or close personal friends, ever been employed by the Internal Revenue Service?  If so, please explain.

11.      Have you ever served as a juror before?  If so:

       a.      When did you serve?

       b.      In what court?

     c.     Was the case criminal or civil?

     d.     Generally, what was the case about?

     e.     [To be asked of those who served as jurors in a criminal case.]

*Will you be able to put aside the instructions given in the criminal case, particularly those regarding the burden of proof, and follow the instructions I will give you?*

**Will you be able to follow the instructions I give you in this case, even if they are different than the instructions given to you in the last case?**

12.     Have you, or any member of your family or household or close personal friends, ever filed a claim or lawsuit against the Government?

     a.     If so, please explain.

     b.     If so, do you feel that you or they were fairly treated?

13.     Have you, or any member of your family or household or close personal friends, ever had a claim or suit filed against you or against them by the Government?

     a.     If so, please explain.

     b.     If so, do you feel that you or they were fairly treated?

14.     Have you, or any member of your family or household or close personal friends, ever been audited by or had any other dealings with the Internal Revenue Service, other than routinely filing your required tax returns?  If so (as to each prospective juror who answers in the affirmative):

     a.     Were you (or they) required to pay additional taxes?

     b.     Did the matter result in litigation?

     c.     Do you believe you (or they) were treated fairly?

        d.      As a result of this experience with the matter, do you have any

reservations as to whether you could render a fair and impartial verdict with respect to a case

involving the Internal Revenue Service?

        e.      Did any of your dealings involve information reporting requirements,

including foreign bank accounts?

        f.      Did any of your dealings involve the assessment of any civil penalties?

15.     *Have you, or any member of your family or household or close personal friends,*

*ever had discussions with the taxing authority of a city, county, state, or other governmental*

*body concerning your or their own taxes, the taxes of a business or a related tax penalty?*

        *a.*     *If so:*

                *i.*     *Which taxing authority?*

                *ii.*    *What type of tax?*

                *iii.*   *Did you or they have to pay additional taxes?*

                *iv.*   *Was the matter resolved to your or their satisfaction?*

        *b.*     *If so, did you feel that you or they were fairly treated?*

16.     Have you or any member of your family or household ever been a party to a

lawsuit?  If so:

        a.      What was the nature of the lawsuit?

        b.      Would that experience affect, in any manner, your decision in this

lawsuit?

17.     Do you have any feelings about the United States, the Internal Revenue Service,

the Department of the Treasury, or the Department of Justice *that would influence you either in*

*favor of or against them in this lawsuit?* **[that you would prevent you from being able to follow the instructions I will give you and fairly decide this case?]**

18.     *Do you have strong feelings concerning the obligation to file tax returns on time and pay taxes on time?*

      a.     *What are your views on whose responsibility it is to file returns and pay tax (i.e., the taxpayer, taxpayer's spouse, accountant, or attorney)?*

      b.     *What are your views on taxpayers who are penalized for not filing returns or not paying tax?*

      c.     *Do you have any strong personal convictions against the filing of tax returns or the assessment or collection of taxes?*

      d.     *Are you or any member of your family or household or any close friend affiliated with a group which advocates nonpayment of federal taxes?*

19.     Have you ever heard of a Form TD F 90-22.1, Report of Foreign Bank and Financial Accounts known as an "FBAR" or a FinCen Form 114?

20.     Have you ever filed an FBAR for yourself or others?  If so, please explain.

21.     Do you have any strong feelings concerning the obligation to file information returns for foreign accounts, including an FBAR **that would prevent you from following my instructions and deciding this case fairly**?

22.     *Have you ever worked overseas or in a foreign county in the past?  If so, did you have to pay tax to the United States while working in the foreign country?*

23.     Have you ever opened a foreign bank account? If so, please explain.  Do you have any strong feelings regarding people who open foreign accounts?  If so, please explain.

24.     Do you have any strong feelings regarding people who own or are a beneficiary of a bank account located in Switzerland, Liechtenstein, Germany, or the British Virgin Islands?  If so, please explain.

25.     If the evidence in this lawsuit supports the United States' case, would you have any difficulty returning a verdict in favor of the United States?

26.     If the evidence in this lawsuit supports Daniela Dadurian's case, would you have any difficulty returning a verdict in her favor?

27.     Do you usually prepare your own federal income tax returns?

28.     Have you ever prepared a federal income tax return for someone other than yourself or a close family member?  If so, please explain.

29.     **Have you or a family member ever hired an attorney for something other than handling a lawsuit? If so, please explain.**

30.     **Have you or a family member ever hired someone to prepare your tax or other IRS filings? If so, please explain.**

31.     **Have you or a family member ever hired someone to prepare or review an important document for you?**

32.     **Have you or anyone in your family ever signed a tax return without reading all of it? If so, please explain.**

33.     **Have you or anyone in your family ever signed an important contract, such as a mortgage or contract for purchase of a home, without reading all of it? If so, please explain.**

34.     **Have you or anyone in your family ever lent or received a large sum of money to another? If so, please explain.**

35.     **Have you or anyone in your family ever taken care of an elderly and infirm relative? If so, please explain.**

36.     **Do you know anyone with Alzheimer's disease or other form of dementia?**

37.     Do you know of any reason or circumstance which you feel the Court should know before deciding whether you should be a juror in this case?

38.     *Do you have any preconceived ideas relative to the imposition or collection of taxes which would affect your judgment as a fair and impartial juror?*

39.     Have you, or any member of your family or household or friends, ever been the subject of a criminal investigation by the United States Government or been prosecuted by the United States?

40.     Do you know of any reason why, after you have heard the evidence in this action and received the instructions of the Court, you could not render a fair and impartial verdict?  By this the Court means, do you believe in your own mind that, if you are selected as a juror, your verdict in this case will be fair and impartial and based solely on the evidence and the Court's instructions?

41.     Would you have any reluctance in following the Court's instructions as to the law, even if you do not personally agree with the law as given to you by the Court?

Respectfully submitted,

Counsel for the United States:

RICHARD E. ZUCKERMAN
Principal Deputy Assistant Attorney General

By:     /s/ John P. Nasta
        JOHN P. NASTA, JR.
        Florida Bar #1004432
        VALERIE G. PREISS
        Trial Attorneys, Tax Division

U.S. Department of Justice
Post Office Box 14198
Washington, D.C.  20044
Telephone: (202) 307-6560 (Nasta)
         (202) 514-6475 (Preiss)
Facsimile:  (202) 514-9868
john.nasta@usdoj.gov
valerie.g.preiss@usdoj.gov

Of Counsel:
ARIANA FAJARDO ORSHAN
United States Attorney

Counsel for Defendant:

MARCUS NEIMAN & RASHBAUM LLP

By:    /s/ Jeffrey A. Neiman
       JEFFREY A. NEIMAN
       Fla. Bar No. 544469
       DERICK VOLLRATH
       Fla. Bar No. 126740
       100 Southeast Third Avenue, Suite 805
       Ft. Lauderdale, Florida 33394
       Telephone:  (954) 462-1200
       jneiman@mnrlawfirm.com
       dvollrath@mnrlawfirm.com

## CERTIFICATE OF ELECTRONIC FILING

I hereby certify that on the 12th day of August 2019, the Joint Proposed Jury Instructions were filed with the Clerk of the Court by using the CM/ECF system, which will cause the foregoing to be sent electronically to counsel of record registered with the CM/ECF system, including counsel for the defendant at jneiman@mnrlawfirm.com and dvollrath@mnrlawfirm.com.

The foregoing was also sent by e-mail in Word format to rosenberg@flsd.uscourts.gov.

       /s/ Valerie G. Preiss
       VALERIE G. PREISS