UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 9:18-CV-81276-ROSENBERG/REINHART

UNITED STATES OF AMERICA,

    Plaintiff,

v.

DANIELA DADURIAN,

    Defendant.
_____/

**STIPULATION REGARDING SETTLEMENT**

The United States and Daniela Dadurian have reached a settlement. The United States represents that the settlement has been approved by the necessary official at the U.S. Department of Justice. The material terms of the settlement are as follows: Dadurian will stipulate to a judgment in the full amount of the penalties, plus interest accruing under 31 U.S.C. § 3717. The United States will agree to mark the judgment satisfied if Dadurian pays the United States $1,000,000.00 within 90 days of today.

Each party will bear its own costs. The parties agree that the settlement fully resolves all issues in the case.

Dated: August 23, 2019

                                         Respectfully submitted,

                                         RICHARD E. ZUCKERMAN
                                         Principal Deputy Assistant Attorney General

By:   */s/ John P. Nasta, Jr.*
       JOHN P. NASTA, JR.
       Florida Bar #1004432
       VALERIE G. PREISS
       Trial Attorneys, Tax Division
       U.S. Department of Justice
       Post Office Box 14198

Washington, D.C.  20044
Telephone: (202) 307-6560 (Nasta)
(202) 514-6475 (Preiss)
Facsimile:  (202) 514-9868
john.nasta@usdoj.gov
valerie.g.preiss@usdoj.gov

Of Counsel:
ARIANA FAJARDO ORSHAN
United States Attorney


*Counsel for Defendant:*
MARCUS NEIMAN & RASHBAUM LLP



By: /s/.*Jeffrey A. Neiman*
JEFFREY A. NEIMAN
Fla. Bar No. 544469
DERICK VOLLRATH
Fla. Bar No. 126740
100 Southeast Third Avenue, Suite 805
Ft. Lauderdale, Florida 33394
Telephone: (954) 462-1200
jneiman@mnrlawfirm.com
dvollrath@mnrlawfirm.com