UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 9:18-CV-81276-ROSENBERG/REINHART

UNITED STATES OF AMERICA,

    Plaintiff,

v.

DANIELA DADURIAN,

    Defendant.
_____/

**QUESTION #1**

**What was the nature of Defendant Dadurian's relationship to each of the accounts listed below during each Tax Year?**

Note that that the accounts are identified by financial institution and the last four digits of an account number. Please place an "X" on the line corresponding to the relationship you find. You must choose one and only one relationship per account per Tax Year.

**Tax Year 2007**

| Account | Part II (financial interest) | Part IV (signature or other authority) |
|---|---|---|
| VP Bank (BVI) Ltd. (No. x1.830) Ayaba | X | |
| VP Bank (BVI) Ltd. (No. x2.140) Shoremont Resources | | X |
| Frankfurter Bank (Nos. x0.175/x2.318) Daniela Dadurian | X | |
| VP Bank (No. x8.038) Stiftung Lionette | | X |
| Sparkasse Bodensee (No. x4449) Georgeta Dadurian | | X |

**Tax Year 2008**

|  | Part II<br>*(financial interest)* | Part IV<br>*(signature or other authority)* |
|---|---|---|
| VP Bank (BVI) Ltd. (No. x1.830)<br>Ayaba | X | |
| VP Bank (No. x8.038)<br>Stiftung Lionette | | X |
| Sparkasse Bodensee (No. x4449)<br>Georgeta Dadurian | | X |

**Tax Year 2009**

|  | Part II<br>*(financial interest)* | Part IV<br>*(signature or other authority)* |
|---|---|---|
| Rahn & Bodmer (No. x9706)<br>Ayaba | X | |
| VP Bank (BVI) Ltd. (No. x1.830)<br>Ayaba | X | |
| Sparkasse Bodensee (No. x4449)<br>Georgeta Dadurian | | X |

**Tax Year 2010**

|  | Part II<br>*(financial interest)* | Part IV<br>*(signature or other authority)* |
|---|---|---|
| Rahn & Bodmer (No. x9706)<br>Ayaba | X | |
| Sparkasse Bodensee (No. x4449)<br>Georgeta Dadurian | | X |

Once you have placed an X either on a line corresponding to Part II (financial interest) or a line corresponding to Part IV (signature or other authority) for each account for each Tax Year, please proceed to Question 2 of this verdict form.

**QUESTION #2**

**For each account and each Tax Year, was Defendant Dadurian's failure to timely report her relationship to the account by the relevant reporting deadline willful?**

Please answer this question with respect to each account and Tax Year by placing an X either on the line corresponding to "Yes" or the line corresponding to "No" for each account.

**Tax Year 2007**

|  | Yes | No |
|---|---|---|
| VP Bank (BVI) Ltd. (No. x1.830) Ayaba | | X |
| VP Bank (BVI) Ltd. (No. x2.140) Shoremont Resources | | X |
| Frankfurter Bank (Nos. x0.175/x2.318) Daniela Dadurian | X | |
| VP Bank (No. x8.038) Stiftung Lionette | | X |
| Sparkasse Bodensee (No. x4449) Georgeta Dadurian | | X |

**Tax Year 2008**

|  | Yes | No |
|---|---|---|
| VP Bank (BVI) Ltd. (No. x1.830) Ayaba | X | |
| VP Bank (No. x8.038) Stiftung Lionette | | X |
| Sparkasse Bodensee (No. x4449) Georgeta Dadurian | | X |

**Tax Year 2009**

|  | Yes | No |
|---|---|---|
| Rahn & Bodmer (No. x9706) Ayaba | X | |
| VP Bank (BVI) Ltd. (No. x1.830) Ayaba | X | |

3

|  | Yes | No |
|---|---|---|
| Sparkasse Bodensee (No. x4449) Georgeta Dadurian |  | X |

**Tax Year 2010**

|  | Yes | No |
|---|---|---|
| Rahn & Bodmer (No. x9706) Ayaba | X |  |
| Sparkasse Bodensee (No. x4449) Georgeta Dadurian |  | X |

You have finished your deliberations. Please have the foreperson sign and date the verdict form.

SO SAY WE ALL.

Foreperson's signature: _____

Date: 8-23-2019