Attn: Judge Rosenberg

We cannot come to an agreement tonight. We would like to leave 6:05 pm & return @ 9:00 am

Thank you,
Juror #7 needs to make a call.

court exhibit 1
9:18-cv-81276

We reached a verdict

Jy #1

18-cv-81276 RLR
court exh 2