UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 9:18-CV-81276-ROSENBERG/REINHART

UNITED STATES OF AMERICA

    Plaintiff,

v.

DANIELA DADURIAN,

    Defendant.
_____/

## CONSENT JUDGMENT

This cause comes before the Court on the parties' Joint Motion for Entry of Consent Judgment. DE 100.  The Joint Motion [DE 100] is **GRANTED**.  The parties, having reached a resolution of this case, judgment is entered in favor of Plaintiff United States of America and against Defendant Daniela Dadurian in the amount of $2,713,692.33 as of September 20, 2018, for the penalties assessed against her for tax years 2007 to 2010 under 31 U.S.C. § 5321(a)(5), and interest on such penalties, from September 20, 2018, to the date of payment.

Upon full satisfaction of the terms of the settlement agreement between the parties, the United States will file a Satisfaction of Judgment as to the amount of this judgment.

Should a dispute arise between the parties as to the settlement agreement, this Court shall retain jurisdiction to resolve any such dispute.

**DONE and ORDERED** in Chambers, West Palm Beach, Florida, this 9th day of September, 2019.

_____
ROBIN L. ROSENBERG
UNITED STATES DISTRICT JUDGE

Copies furnished to Counsel of Record